## 15915.   CATER *v.* THE STATE.

BROYLES, C. J.   The verdict was authorized by the evidence, and none of the grounds of the motion for a new trial shows material error.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED DECEMBER 9, 1924.

Accusation of possession of liquor; from city court of Carrollton —Judge Hood.   August 29, 1924.

*Smith & Millican,* for plaintiff in error.

*Willis Smith, solicitor,* contra.

---

## 15916.   FARLOW *v.* THE STATE.

LUKE, J.   The evidence amply authorized the defendant's conviction of violating the prohibition statute.   The two special grounds of the motion for a new trial, the one complaining of the court's refusal to continue the case, and the other based upon alleged newly discovered evidence, are without merit.   The court properly overruled the motion for a new trial.

*Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*

DECIDED DECEMBER 9, 1924.

Conviction of sale of liquor; from city court of Carrollton—Judge Hood.   August 29, 1924.

*Smith & Millican,* for plaintiff in error.

*Willis Smith, solicitor,* contra.